IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RALPH JENKINS, | CASE NO. 5:11-cv-00588 EJD |
| Plaintiff(s), | **ORDER DISMISSING CASE WITHOUT PREJUDICE** |
| v. | |
| SAN JOSE POLICE, et. al., | |
| Defendant(s). | |

On September 27, 2011, the court ordered Plaintiff Ralph Jenkins to show cause in writing by October 27, 2011, why (1) he had failed to submit an application to proceed in forma pauperis and (2) why the district court had subject matter jurisdiction over this action. See Docket Item No. 14. The court admonished Plaintiff that this case would be dismissed should he fail to show good cause.

To date, Plaintiff has not complied with the show cause order as directed. Accordingly, as the court finds it lacks subject matter jurisdiction over the claims raised by Plaintiff, this case is DISMISSED WITHOUT PREJUDICE. See Frigard v. United States, 862 F.2d 201, 204 (9th Cir. 1988).

**IT IS SO ORDERED.**

Dated: November 1, 2011

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:11-cv-00588 EJD
ORDER DISMISSING CASE WITHOUT PREJUDICE